KAMPF, Appellant, v. ST. LOUIS TRANSIT COM-
PANY, Respondent.

St. Louis Court of Appeals, November 3, 1903.

Practice: APPELLATE: EXCEPTION NOT FILED. Where no error
is assigned on the record proper and the abstract of the record
fails to show a bill of exceptions was filed, though there is a
recital of its filing in the bill itself, nothing is presented for
review.

Appeal from St. Louis City Circuit Court. —*Hon.
Franklin Ferris,* Judge.

AFFIRMED.

*John J. Connor* for appellant.

*Boyle, Priest & Lehmann, George W. Easley* and
*Edward T. Miller* for respondent.

(1) The record, as shown by plaintiff's abstract,
does not show that any bill of exceptions was filed in
the court below and by order of the court entered of
record. The filing of a bill of exceptions can not be
proven by its own recitals. Reno v. Fitz Jarrell, 163
Mo. 411; State v. Baty, 166 Mo. 561; Allen v. Funk, 85
Mo. App. 460; Burdick v. Life Ass'n, 86 Mo. App. 94;
Shoe Co. v. Williams, 91 Mo. App. 511; Lucas v. Huff,
92 Mo. App. 369; Hayden v. Alkire Grocer Co., 88 Mo.
App. 241; Roush v. Cunningham, 163 Mo. 173; Wilson
v. Railroad, 167 Mo. 323; Bates v. Railroad, 88 Mo. App.
550; Hughes v. Henderson, 95 Mo. App. 312. (2) No
error appearing in the record proper, the judgment of
the trial court should be affirmed.

GOODE, J.—Appeal from order of circuit court
granting new trial on ground of newly-discovered evi-
dence.

No error is assigned on the record proper, and the abstract of record fails to show a bill of exceptions was filed. There is a recital of its filing in the bill itself. but that is not enough, the Supreme Court has said. Western Storage & Warehouse Co. v. Glasner, 150 Mo. 426; Reno v. Fitz Jarrell, 163 Mo. 411.

The judgment is affirmed. *Bland, P. J.,* and *Reyburn, J.,* concur.